# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JUSTIN SULLIVAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action Number |
| v. | ) **5:21-CV-01407-AKK** |
| | ) |
| **MJTV, LLC, d/b/a Jimmy's Lounge,** | ) |
| | ) |
| **Defendant.** | ) |

## **FINAL JUDGMENT**

The court entered default judgment in this matter against MJTV, LLC for violating Title VII's anti-discrimination provisions. Doc. 32. After an evidentiary hearing, the court awarded Justin Sullivan $35,550 in compensatory damages and directed counsel to submit a petition for attorney's fees. Doc. 33. Counsel's petition is now before the court. Doc. 34.

Counsel requests $15,165.00 in attorney's fees, for 33.70 hours spent on this matter at a rate of $450 per hour, and $980.90 in costs incurred through the litigation of this claim. *Id*. at 2-3. Pursuant to Title VII, "the court, in its discretion, may allow the prevailing party . . . a reasonable attorney's fee . . . as part of the costs." 42 U.S.C. § 2000e-5(k). The court finds that the counsel's request for attorney's fees in the amount of $15,165.00 is reasonable and does not exceed the prevailing market rate for similar services provided by attorneys of reasonably comparable skills,

experience, and reputation. *See Norman v. Hous. Auth. Of City of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988). The court also finds that counsel's calculation of costs totaling $980.90 is reasonable. The motion for attorney's fees and costs, doc. 34, is therefore **GRANTED**.

Accordingly, Sullivan is entitled to a total of $35,550 in compensatory damages and $16,145.90 in attorney's fees and costs. It is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is hereby rendered in favor of Sullivan and against MJTV for a sum of $51.695.90. The clerk is **DIRECTED** to close this file.

**DONE** the 30th day of August, 2022.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE